IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DENNIS LEE WILLIAMS                                    PLAINTIFF

    V.                      Civil No. 11-6022

M. REEVES, Nurse, Garland
County Detention Center;
CAPTAIN STEED, Garland County
Detention Center and SHERIFF
LARRY SANDERS                                          DEFENDANTS


O R D E R

On this 5th day of December, 2011, there comes on for consideration the report and recommendation filed in this case on November 14, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 12).  No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute, failure to obey the orders of this Court and/or failure to comply with Local Rule 5.5(c)(2) for the Eastern and Western Districts of Arkansas. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge

AO72A
(Rev. 8/82)